IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHEVON THOMPSON,
Individually and on Behalf of all Others
Similarly Situated                                                                             PLAINTIFF

v.                                              Case No. 6:17-cv-6055

SPA CITY STEAKS, INC. d/b/a
COLTON'S STEAKHOUSE AND GRILL                                                DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Withdraw Pleadings. (ECF No. 75). The parties state that they are actively engaged in settlement negations. To allow for time to reach a full settlement, the parties request that their pending Motions for Summary Judgment (ECF Nos. 40 and 41) and Defendant's Motion for Decertification (ECF No. 46) be withdrawn while settlement efforts continue. The parties request that if a settlement cannot be reached within sixty (60) days that the court enter a new scheduling order and that they be allowed to file additional motions, including those requested to be withdrawn.

Upon consideration, the parties' Joint Motion to Withdraw Pleadings (ECF No. 75) is **GRANTED.** Accordingly, the parties' Motions for Summary Judgment (ECF No. 40 and 41) and Defendant's Motion for Decertification (ECF No. 46) are **WITHDRAWN**. If the parties fail to settle this matter within sixty (60) days of the date of this order, a new scheduling order shall issue. At such time, the parties may file any additional motions, including those that are being withdrawn, with or without amendment, in accordance with the deadlines imposed by the new scheduling order.

**IT IS SO ORDERED**, this 29th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge